ORIGINAL

ILED IN CHAMBERS
U.S.D.C. Atlanta

NOV 1 9 2019

JAMES N. HATTEN, Clerk
By:

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

MAMADY KEITA

Case No.19-mj-00300
Assigned to: Judge Robin M. Meriweather
Assign. Date: 12/4/2019
Description: RULE 5 - ARREST

THE GRAND JURY CHARGES THAT:

**Count One**

On or about December 21, 2018, in the Northern District of Georgia, the defendant, MAMADY KEITA, willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application MAMADY KEITA represented that he was born in the State of Alabama, which statement he knew to be false, in violation of Title 18, United States Code, Section 1542.

**Count Two**

On or about March 22, 2019, in the Northern District of Georgia, the defendant, MAMADY KEITA, willfully and knowingly made a materially false, fictitious, and fraudulent statement and representation in a matter within the

jurisdiction of the U.S. Department of State ("DOS"), an agency within the executive branch of the Government of the United States, by falsely stating that he was born in Montgomery, Alabama during an interview in Atlanta, Georgia with DOS' Diplomatic Security Service Special Agents relating to his U.S. Passport application. The statement and representation was false because, as MAMADY KEITA then and there knew, MAMADY KEITA was actually born in the country of Guinea and was therefore not a United States-born citizen, in violation of Title 18, United States Code, Section 1001(a)(2).

A _True_ BILL

_Arlene S. Billengsley_
FOREPERSON

BYUNG J. PAK
*United States Attorney*

TRACIA M. KING
*Assistant United States Attorney*
Georgia Bar No. 421380

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

2